UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, AND PAUL A. MACDONALD, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR**

**VS.** **C.A. No. 05-129ML**

**D'ALLESANDRO TRUCKING, INC.**

**STIPULATION**

Now come the Plaintiffs, Teamsters Local 251 Health Services and Insurance Plan, and Paul A. MacDonald, and the Defendant, D'Allesandro Trucking, Inc., and hereby stipulate that any answer or other response to the Complaint in the above-captioned matter which is filed on or before June 21, 2005 shall be considered timely filed.

Respectfully submitted,

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, AND PAUL A. MACDONALD

By their Attorneys,

Marc Gursky ozz

Elizabeth Wiens (#6827)
Marc Gursky (#2818)
Gurksy Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702-FAX

D'ALLESANDRO TRUCKING, INC.

By its Attorneys,

Daniel K. Kinder

Daniel K. Kinder (#2151)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401)272-8195-FAX

Dated: June 7, 2005

Enter: Mary M. Lisi USDJ 6/8/05

F:\DKK\D'Allesandro\Stip 5-31-05.doc