APR 03 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | |
| v. | : | C.A. No. 05-129ML |
| D'ALLESANDRO TRUCKING, INC., Defendant. | : | |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD**

Now come Plaintiffs and Defendant, through counsel, and hereby move this Court for an order enlarging the pre-trial discovery deadline to **May 4, 2006**. As reasons therefore, the parties submit that they are close to a settlement of this matter. Plaintiffs require additional time beyond the current April 4, 2006 deadline to present a settlement offer to the Fund at a trustees' meeting on April 13, 2006. The parties submit that the additional thirty (30) days for discovery will provide adequate time to complete discovery if the matter does not settle.

AGREED AND CONSENTED TO:

On behalf of the Plaintiffs,
By their Attorney,

Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES

420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

On behalf of Defendant,
By its Attorney,

Daniel Kinder, Esq.
Little Medeiros Kinder Bulman and Whitney PC
72 Pine Street
Providence, RI 02903
Tel. (401) 272-8080
Fax.(401) 521-3555

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 4 day of ~~March 30,~~ April 2006 to the following party of record:

Daniel Kinder, Esq.
Little, Medeiros, Kinder, Bulman & Whitney PC
72 Pine Street
Providence, RI 02903