**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | |
| v. | : | C.A. No. 05-129ML |
| D'ALLESANDRO TRUCKING, INC., Defendant. | : | |

**CONSENT ORDER AND JUDGMENT**

By agreement of the parties, it is hereby ORDERED.

1. Judgment shall enter in favor of Plaintiffs and against Defendant for unpaid contributions, interest, and penalties plus $500 in attorneys' fees in the amount of $2,685.~~49~~. ML

2. Defendant agrees that the judgment shall be paid within thirty days.

3. In the event that payment is not received on or before its due date, Defendant shall be responsible for the remainder of Plaintiffs' attorneys' fees and costs in the amount of $4,165.

4. This Judgment shall be satisfied only upon the receipt of the full amount due pursuant to this agreement.

AGREED AND CONSENTED TO:

On behalf of the Plaintiffs,
By their Attorney,

Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES

420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

On behalf of Defendant,
By its Attorney,

Daniel Kinder, Esq.
Little Medeiros Kinder Bulman and Whitney PC
72 Pine Street
Providence, RI 02903
Tel. (401) 272-8080
Fax.(401) 521-3555

ENTER:

Mary M. Lisi
USDJ 5/15/06

PER ORDER:

Barbara Barletta